```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 06933
   MAE FRANCES HOUSTON
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4625


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/17/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED NOT I         .00            .00            .00
CAPITAL ONE               UNSEC W/INTER      600.17            .00            .00
CAPITAL ONE               UNSEC W/INTER      356.62            .00            .00
CAPITAL ONE               UNSEC W/INTER      460.65            .00            .00
HSBC NV                   UNSEC W/INTER   NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      587.24            .00            .00
MONITRONICS               UNSEC W/INTER   NOT FILED            .00            .00
NUVELL CREDIT CORPORATIO  SECURED NOT I         .00            .00            .00
SEARS                     UNSEC W/INTER   NOT FILED            .00            .00
DIANE TYLER               NOTICE ONLY     NOT FILED            .00            .00
NAKESA WINSTON            NOTICE ONLY     NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      744.54            .00            .00
CITIFINANCIAL AUTO CREDI  UNSEC W/INTER   NOT FILED            .00            .00
NUVELL CREDIT CORPORATIO  UNSEC W/INTER    14360.79            .00            .00
NUVELL CREDIT COMPANY LL  NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      413.77            .00            .00
JENNIFER A BLANC DOUGE    DEBTOR ATTY       1,925.00                      1,085.76
TOM VAUGHN                TRUSTEE                                            74.24
DEBTOR REFUND             REFUND                                            580.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,740.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,085.76
TRUSTEE COMPENSATION                                74.24
DEBTOR REFUND                                      580.00
                        --------------    --------------
TOTALS                    1,740.00            1,740.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 06933 MAE FRANCES HOUSTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 12/13/07                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```